**FILED**
APR 14 2008
CLERK

# UNITED STATES DISTRICT COURT

# DISTRICT OF SOUTH DAKOTA

# CENTRAL DIVISION

***

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR. 07-30114 |
| Plaintiff, | * | |
| -vs- | * | ORDER REQUIRING PARTIAL PAYMENT FOR COURT-APPOINTED REPRESENTATION |
| AUBREY J. TWO ELK, | * | |
| Defendant. | * | |

***

WHEREAS, the Federal Public Defender's Office, was appointed as counsel for Defendant, Aubrey J. Two Elk on the 11th day of December, 2007, and

WHEREAS, the Court finds that Defendant now has the financial ability to make partial payment for the representation provided by his court-appointed counsel, including costs and expenses incident thereto;

Now, in accordance with 18 U.S.C. §3006A(c), and based on Defendant's Financial Affidavit dated March 24, 2008, it is hereby

ORDERED that Defendant, Aubrey J. Two Elk, shall pay through the Clerk of the United States District Court at Pierre, South Dakota, for the legal services rendered and costs incurred by his court-appointed counsel, since March 1, 2008 at the Criminal Justice Act rate ($100 per hour) and shall do so on or before 10 days following the date he is sentenced.

Dated this 14th day of April, 2008, at Pierre, South Dakota.

BY THE COURT:

*/s/ Mark A. Moreno*

**MARK A. MORENO**
**UNITED STATES MAGISTRATE JUDGE**

ATTEST:
JOSEPH HAAS, CLERK
BY: */s/ Deputy*
    Deputy
(SEAL)